No. 237. HIGGINS *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied. *Bernard L. Swerland* for petitioner.

No. 242. PORTER *v.* PEPSI-COLA BOTTLING CO. OF COLUMBIA ET AL. Sup. Ct. S. C. Certiorari denied. *Henry Hammer* and *Claud N. Sapp* for petitioner. *Eugene F. Rogers* for respondents.

No. 246. BRUNETTO CHEESE MANUFACTURING CORP. ET AL. *v.* GARDNER, SECRETARY OF HEALTH, EDUCATION AND WELFARE. C. A. 2d Cir. Certiorari denied. *Denis M. Hurley* for petitioners. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *William W. Goodrich* for respondent.

No. 247. COLUMBUS & GREENVILLE RAILWAY CO. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Robert Ash* and *Carl F. Bauersfeld* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Melva M. Graney* and *Robert A. Bernstein* for respondent.

No. 257. REDDEN *v.* MURPHY, POLICE COMMISSIONER OF THE CITY OF NEW YORK, ET AL. Ct. App. N. Y. Certiorari denied. *Ernest Rassner* for petitioner. *J. Lee Rankin* for respondents.

No. 259. POULOS *v.* KANSAS. Sup. Ct. Kan. Certiorari denied. *Cyrus A. Ansary* for petitioner. *Robert C. Londerholm,* Attorney General of Kansas, and *Keith Sanborn* for respondent.